UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | NO. 3:07CR-22-H |
| FRED LUCKENBILL | DEFENDANT |

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the plea of guilty of the Defendant to Count 1 of the Superseding Indictment is hereby accepted, and the Defendant is adjudged guilty of such offense.

Sentencing is hereby scheduled for **July 24, 2007, at 10:00 a.m.**, United States Courthouse, Louisville, Kentucky.

Date: July 12, 2007

Copies to:

Counsel of Record
United States Probation
United States Attorney
United States Marshal